# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2015-0309, <u>Thomas Maniscalco v. Labonville, Inc. & a.</u>, the court on November 18, 2015, issued the following order:**

Having considered the briefs, memoranda of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Thomas Maniscalco, appeals orders of the Superior Court (<u>MacLeod</u>, J.) dismissing his complaint against defendant E. J. Labonville Trust and entering summary judgment in favor of defendant Labonville, Inc.

Complaints regarding adverse rulings by the trial court without developed legal argument are insufficient to warrant judicial review. <u>State v. Blackmer</u>, 149 N.H. 47, 49 (2003). Self-represented litigants are bound by the same procedural requirements as parties represented by counsel. <u>In the Matter of Birmingham & Birmingham</u>, 154 N.H. 51, 56 (2006). The plaintiff's opening brief and reply brief contain no developed legal argument and do not otherwise comply with the requirements of Supreme Court Rule 16(3). Accordingly, we decline to address the issues raised, and affirm the trial court's rulings. <u>See</u> <u>Blackmer</u>, 149 N.H. at 49 (confining our review to issues fully briefed).

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**